```
QUIN DENVIR, Bar #49374
Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID NORMAN AGUIRRE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:05-CR-0051 KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| DAVID NORMAN AGUIRRE, | ) | Date: **June 2, 2005** |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

   IT IS HEREBY STIPULATED and agreed to between the United States of America through JASON S. HITT, Assistant United States Attorney, and defendant, DAVID NORMAN AGUIRRE, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the trial confirmation hearing set for May 5, 2005 be reset for Thursday, June 2, 2005 at 10:00 a.m. and the jury trial set for June 1, 2005 be reset for June 29, 2005.

   This continuance is being requested because the parties need more time is needed to prepare and negotiate a resolution.

   Speedy trial time may be excluded from the date of this order through the date of the jury trial set on April 25, 2005 pursuant to 18

/ / /
/ / /
/ / /
/ / /

U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare]; Local Code T4.

Dated: May 4, 2005

    Respectfully submitted,

    QUIN DENVIR
    Federal Defender

    /S/ LIVIA R. MORALES
    _____
    LIVIA R. MORALES
    Staff Attorney
    Attorney for Defendant
    DAVID NORMAN AGUIRRE

DATED: May 4, 2005

    McGREGOR SCOTT
    United States Attorney

    /S/ JASON S. HITT
    _____
    JASON S. HITT
    Assistant United States Attorney

## O R D E R

The trial confirmation hearing is hereby continued from Thursday, May 5, 2005, and reset for Thursday, June 2, 2005, at 10:00 a.m. and the jury trial set for June 1, 2005, is rescheduled for June 29, 2005, for the reasons stated above and by agreement of the parties

Speedy trial time may be excluded from the date of this order through the date of the jury trial set on June 29, 2005 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

IT IS SO ORDERED.

Dated: May 4, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2