```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DAVID NORMAN AGUIRRE
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:05-CR-0051 KJM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| DAVID NORMAN AGUIRRE, | ) Date: **July 14, 2005** |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |
| _____ | ) |

IT IS HEREBY STIPULATED and agreed to between the United States of America through JASON S. HITT, Assistant United States Attorney, and defendant, DAVID NORMAN AGUIRRE, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the trial confirmation hearing set for June 2, 2005 be reset for Thursday, July 14, 2005 at 10:00 a.m. and the jury trial set for June 29, 2005 be reset for August 1, 2005.

This continuance is being requested because the parties need more time is needed to prepare and negotiate a resolution.

/////
/////
/////
/////
/////

1  Speedy trial time may be excluded from the date of this order
2 through the date of the trial confirmation hearing set on July 14, 2005
3 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4 prepare] (Local Code T4).
5 Dated: June 1, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/S/ LIVIA R. MORALES

_____
LIVIA R. MORALES
Staff Attorney
Attorney for Defendant
DAVID NORMAN AGUIRRE

DATED: June 1, 2005

McGREGOR SCOTT
United States Attorney

/S/ JASON S. HITT

_____
JASON S. HITT
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: June 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2