```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DAVID NORMAN AGUIRRE
 6
```

7                 IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | NO. Cr.S. 05-0051 KJM |
| 12 | Plaintiff, ) | |
| 13 | v.  ) | STIPULATION AND ORDER |
| 14 | DAVID NORMAN AGUIRRE, ) | Date: August 1, 2005 |
| 15 | Defendant. ) | Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |
| 16 | _____ ) | |

17       IT IS HEREBY STIPULATED and agreed to between the United States of

18  America through JASON HITT, Assistant U.S. Attorney, and defendant, DAVID

19  NORMAN AGUIRRE, by and through his counsel, LIVIA R. MORALES, Staff

20  Attorney, that the trial confirmation hearing set for July 14, 2005 be

21  vacated and that the jury trial set for August 1, 2005 be changed to a

22  change of plea hearing.

23  //

24  //

25  //

26  //

27  //

28  //

```
Dated: July 13, 2005
                                Respectfully submitted,

                                QUIN DENVIR
                                Federal Defender

                                /s/ Livia R. Morales
                                _____
                                LIVIA R. MORALES
                                Staff Attorney
                                Attorney for Defendant
                                DAVID NORMAN AGUIRRE


DATED: July 13, 2005
                                McGREGOR SCOTT
                                United States Attorney

                                /s/ Jason Hitt
                                _____
                                JASON HITT
                                Assistant U.S. Attorney
```

**O R D E R**

Good cause appearing, the same is hereby ordered.

Dated: July 14, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2